IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Rachelle Kimberlin, | : | |
| Plaintiff | : | Civil Action 2:11-cv-01039 |
| v. | : | Judge Graham |
| Dollar General Corporation, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

The parties' February 14, 2012 confidentiality agreement and stipulated protective order is adopted as an Order of this Court.

                                                                         s/ Mark R. Abel\
                                                                         United States Magistrate Judge